JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO REYNA, | ) | NO. CV 15-8860 PA (KSx) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE |
| DENNIS P. BLOCK, FRED HICKMAN, LEO NORDINE, MOLLY NORDINE, | ) ) ) | |
| Respondent | ) ) | |

On November 13, 2015, Plaintiff Francisco Reyna ("Plaintiff"), proceeding pro se, filed a Complaint for Civil Rights Violations and Request to Proceed *In Forma Pauperis* with Declaration in support. (ECF Nos. 1, 2, respectively.) On November 17, 2015, the Court DENIED Plaintiff's request to proceed *in forma pauperis* because Plaintiff made an inadequate showing of indigency. (Dkt. No. 5.) Plaintiff was allowed 14 days from the date of the order to pay the filing fee, and was warned that failure to do so within that period would result in dismissal of the case.

More than 20 days have now passed since the Court's November 17, 2015 order and Plaintiff has not paid the full filing fee or otherwise communicated with the Court about this action. Accordingly, Plaintiff's request to proceed without paying the filing fee is DENIED and, pursuant to

1

Local Rule 7-12 and Federal Rule of Civil Procedure 41 (b), the action is dismissed without prejudice.

       IT IS SO ORDERED.

DATED: December 9, 2015

                                                       Percy Anderson
                                        United States District Judge

Presented by:

United States Magistrate Judge

2